**Order entered April 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00404-CV

### ROBERT T. O'DONNELL, Appellant

### V.

### JULIA L. VARGO, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-86-15027**

## ORDER

On September 29, 2014, Michelle May O'Neil, lead counsel for appellant, Robert T. O'Donnell, filed a brief on appellant's behalf. On March 31, 2015, O'Neil filed a verified motion to withdraw as appellant's counsel stating as grounds that she is unable to effectively communicate with her client in a manner consistent with good attorney-client relations and that appellant has failed to meet the terms and conditions of the engagement contract between appellant and counsel's firm, Godwin Lewis P.C. O'Neil states in her motion to withdraw that she sent appellant a copy of the motion, including a list of all deadlines and settings in the appeal, pursuant to Texas Rules of Appellate Procedure 6.5(a)(3) & (b) and informed appellant of his right to object to the motion pursuant to Texas Rules of Appellate Procedure 6.5(a)(4). As of the date of this Order, April 8, 2015, appellant has not responded to O'Neil's motion or

advised the Court that he has obtained substitute counsel. *See* TEX. R. APP. P. 6.5(a)(4), (d). Accordingly, we **GRANT** O'Neil's motion and **ORDER** that Michelle May O'Neil is **WITHDRAWN** as appellant's counsel in this appeal. We **DIRECT** Michelle May O'Neil to comply with Texas Rules of Appellate Procedure 6.5(c).


/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE